IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Plascencia, Martha E

Printed: 12/16/08

Case Number: 08 B 12155
Judge: Goldgar, A. Benjamin
Filed: 5/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 4, 2008
Confirmed: July 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 512.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 478.72 |
| Trustee Fee: |  | 33.28 |
| Other Funds: |  | 0.00 |
| Totals: | 512.00 | 512.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,500.00 | 478.72 |
| 2. | MB Financial | Secured | 0.00 | 0.00 |
| 3. | MB Financial | Secured | 0.00 | 0.00 |
| 4. | MB Financial | Secured | 8,099.14 | 0.00 |
| 5. | MB Financial | Secured | 25,700.69 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 8.08 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 131.77 | 0.00 |
| 8. | Village of Bedford Park | Unsecured | 25.00 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 54.57 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 17.66 | 0.00 |
| 11. | RJM Acquisitions LLC | Unsecured | 12.52 | 0.00 |
| 12. | Providian National Bank | Unsecured | 285.97 | 0.00 |
| 13. | Cook County Treasurer | Secured |  | No Claim Filed |
| 14. | CitiFinancial Auto Credit Inc | Secured |  | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 16. | Washington Mutual Bank FA | Unsecured |  | No Claim Filed |
| | | | $ 36,835.40 | $ 478.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 33.28 |
|  | $ 33.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Plascencia, Martha E | Case Number:  08 B 12155 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/16/08 | Filed:  5/13/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

